UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                -against-                                     :   ORDER
                                                              :
                                                              :   06 Cr. 911 (AKH)
ALTON DAVIS,                                                  :
                                                              :
                                                 Defendant.   :
                                                              :
------------------------------------------------------------  X
ALTON DAVIS,                                                  :
                                                              :
                                                 Petitioner,  :
                -against-                                     :
                                                              :   14 Civ. 186 (AKH)
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                 Defendant.   :
                                                              :
------------------------------------------------------------  X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Currently, ECF No. 259 in 06 Cr. 911 and ECF Nos. 6 and 23 in 14 Civ. 186 are marked open.  However, ECF No 6 in 14 Civ. 186 is moot because the Government's response to the habeas motion has been filed.

      ECF No 259 in 06 Cr. 911 and ECF No. 23 in 14 Civ. 186 are the same in which Petitioner requests the Court to accept his reply memorandum of law submitted in support of his habeas motion.  Given the lengthy time this case has been pending, the reply will be accepted, and will be considered along with all other materials submitted in support of and in opposition to the habeas petition.  The petition itself will be considered, if necessary, after resentencing has taken place on a date to be determined by subsequent order.

2

        Accordingly, the Clerk shall terminate ECF No. 259 in 06 Cr. 911 and ECF Nos. 6 and 23 in 14 Civ. 186.

        SO ORDERED.

Dated:      August 30, 2022              __/s/ Alvin K. Hellerstein____
             New York, New York       ALVIN K. HELLERSTEIN
                                               United States District Judge