In The United States District Court
For The Southern District Of New York

United States Of America
   Respondent

                           Crim. No. 06 Cr 911 (AKH)
       V.                  Civ. No. 14-cv-186 (AKH)
                           Judge Alvin K. Hellerstein

Alton Davis
   Defendant

Motion for Reassignment
       Of Counsel

I Alton Davis Reg# 59854-054, an inmate currently housed at the Metropolitan Detention Center M.D.C. Brooklyn New York. Now moves this court in a request for reassignment of counsel due to conflict of interest between both defendant Alton Davis and his assigned counsel Ms. Allegra Glashausser regarding his resentencing.

Defendant is now requesting that this court assigned new counsel as it is clearly obvious to defendant that Ms. Glashausser has no interest in litigating important issue's he request of her. This irreconcilable difference's is so overwhelming that the only remedy going forward is to reassigned new

counsel. And with that said defendand is now requesting that this court reassigned counsel.

Date -: 10/6/2023

Respectfully Submitted
Allen Davis
#59854-054



Certificate Of Service

I Alton Davis reg° 59854-054, an inmate currently housed at the M.D.C. Brooklyn, now certify that a copy of this Motion send to the U.S. Attorney's office for the Southern District of New York.

Date -: 10/6/2023

Respectfully Submitted
Alton Davis
59854-054

