**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALTON DAVIS,

                Petitioner,                        14 **CIVIL** 186 (AKH)
                                                              06 **CR.** 911 (AKH)

      -against-

                                                                **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 10, 2024, the petition for relief pursuant to § 2255 is denied. Because "the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief," no fact hearing is necessary. 28 U.S.C. § 2255(6). The Court has declined to issue a Certificate of Appealability because petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and because petitioner has failed to identify a claim that jurists of reason would find debatable as to whether petitioner was denied such a right. See Slack v. McDaniel, 529 U.S. 473, 478 (2000). Judgment is entered dismissing case 14cv186.

**DATED:** New York, New York
              June 10, 2024

                                                                   **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                      **BY:**       *K. Mango*
                                                                    **Deputy Clerk**